IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE CRIMNAL COMPLAINT   )
                          )   Misc. No. 1:13-MJ-292A
                          )
                          )
                          )

## MOTION TO SEAL

Stephen G. Dambruch, Assistant United States Attorney, moves that this Motion to Seal, and the attached Criminal Complaint, Affidavit In Support Of An Application For A Complaint, and Arrest Warrant be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

PETER F. NERONHA
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 8/20/13